IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Plaintiff

VS.                                   CAUSE NO: SA-14-CR-119(1) OLG

ALBERTO AGUIRRE
        Defendant

**MOTION REQUESTING COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C 3582 APPOINTMENT OF COUNSEL**

COMES now, Alberto Aguirre, pro-se, Requesting this Honorable Court grant Defendant Compassionate Release, and Appoint Counsel to Represent Defendant for the following Reasons;

1.) Defendant is currently confined in the Federal Bureau of Prison, (USP Canaan), and Defendant is being subjected to Covid-19, because the F.B.O.P is not proving Defendant or other inmates proper chemicals to kill the virus on the telephones, computers, etc.

2.) Defendant's mother (Juana E. Aguirre), is sick, and in need of assistance. Ms. J. Aguirre resides in Charlotte, NC.

FILED
APR 09 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

3) Defendant's nephew, (Carlos Aguirre), is sick and in need of assistance. Carlos Aguirre, resides in Charlotte, NC.

4) Defendant is unknowledgeable in the law field, and need a counsel to represent him.

WHEREFORE, Defendent prays that this Court grant this motion.

Respectfully

Alberto Aguirre
USP #26949-179
PO Box 300
Waymart, PA 18472

# CERTIFICATE OF SERVICE

I, __Alberto Aguirre__, hereby certify that I have served a true and correct copy of the foregoing: __Motion for Compassionate Release, and Appointment of Counsel.__

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

__45 District Court__
__Judge Orlando Garcia__
__655 E Durango Blvd__
__San Antonio, TX 78206__

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this __28th__ day of __March__

Respectfully Submitted,

__Alberto Aguirre__

REG. NO. ~~~~~~~

Alberto Aguirre
USP # 26949-179
Box 300
Waymart, PA
18472

LEHIGH VALLEY PA 180
31 MAR 2021 PM 2 L

US District Court
Judge Orlando Garcia
655 E Durango Blvd
San Antonio, TX
78206-1198

SPECIAL MAIL

SCREENED BY CSOTGW
APR 05 2021